UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:05-cr-15-SEB-MGN |
| | ) | |
| DEAN O. CART, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated October 24, 2014, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of time served. Thereafter, Defendant shall return to Supervised Release for life under the conditions previously imposed, as well as an additional condition of residing for six (6) months at the VOA facility in Evansville. Defendant shall also comply with the amended Special Conditions of Supervision currently employed in this District. The defendant will be transported to the Volunteers of America facility in Evansville by the U.S. Marshal upon entry of the Revocation Judgment in this case.

SO ORDERED.

Date: 10/28/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Counsel of Record via ECF

U.S. Marshal

U.S. Probation