UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-cr-00015-SEB-MPB |
| | ) | |
| DEAN O. CART (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Matthew P. Brookman's Report and Recommendation that Dean O. Cart's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed to a period of incarceration equal to the time he has served awaiting final disposition of the supervised release violation proceedings, followed by the addition of a special condition of supervised release of residence in the VOA Evansville facility for 1 year. The 1 year period of residence in the VOA begins running from the date of Defendant's release from his present incarceration. The Defendant may petition the Court for an early release from the Volunteers of America facility after six months and upon a showing that the defendant has a stable residence and is otherwise appropriate for release from the VOA.

**SO ORDERED.**

Date: 6/15/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service