UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-cr-00015-SEB-MPB |
| | ) | |
| DEAN O. CART (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Matthew P. Brookman's Report and Recommendation that Dean O. Cart's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed to a period of incarceration equal to the time he has served awaiting final disposition of the supervised release violation proceedings, followed thereafter by the return to Supervised Release with additional conditions that, (1) the Defendant remain up to an additional 12 months residency in the Volunteers of America facility in Evansville, Indiana, and, (2) the Defendant submit to a mental health evaluation by a Physician recommended through his supervising Probation Officer.

**SO ORDERED.**

Date:  1/19/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service