UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-cr-00015-SEB-VTW |
| | ) | |
| DEAN O. CART, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van Willis' Report and Recommendation that Dean O

Cart's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and

adopts the Report and  Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of eighteen  (18) months in the custody of the Attorney General or his designee,

with a lifetime of supervised release to follow.

In addition to the mandatory conditions of supervision, it is recommended the

conditions listed in the Revocation Parameters Worksheet, filed as an attachment to the Petition

for Warrant for Offender Under Supervision (Dkt. 58) be imposed to assist the probation officer

in supervising Mr. Cart and to ensure the safety of the community.

**SO ORDERED.**

Date: _____8/20/2018_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service

Distribution:

Alice L. Bartanen Blevins
BARTANEN LAW OFFICE, LLC
alice@bartanenlaw.com

James Adrian Earhart
attyearhart@aol.com

Patrick J. Renn
prenn@600westmain.com

Todd Stanton Shellenbarger
UNITED STATES ATTORNEY'S OFFICE - EV
Todd.Shellenbarger@usdoj.gov

Douglas S. Walton
WALTON LAW OFFICE
doug@dougwaltonlawoffice.com